# First District Court of Appeal
## State of Florida

———————————————

No. 1D2023-0799

———————————————

DeJuan L. Lott,

    Appellant,

v.

State of Florida,

    Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

February 23, 2024

Per Curiam.

    Affirmed.

Osterhaus, C.J., and Ray and M.K. Thomas, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

DeJuan L. Lott, pro se, Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.